UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| DAMIAN SANTOS-GARCIA,<br>SIMON GUZMAN-ROMERO,<br>TOMAS HERNANDEZ-SILVERIO, and<br>GUILLERMO MARTINEZ-<br>HERNANDEZ ,<br>individually and on behalf of all other persons<br>similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>JACKSON CITRUS, INC.,<br><br>                Defendant. | Case No. 2:14-cv-00603-SPC-CM |

## **JOINT REPORT REGARDING SETTLEMENT**

In accordance with the Court's Scheduling Order of December 24, 2014 (Docket Entry 15), the parties hereby file this joint Report Regarding Settlement.

Although the pending dispute has not yet settled and while jointly wishing to pursue additional settlement discussions, counsel for the parties believe that such additional settlement discussions would be aided by their ability to take a limited number of factual depositions, without raising an inordinate amount of unnecessary litigation expenses. The scope of the depositions are anticipated to focus on the Plaintiffs' asserted claims for damages and the methods in which Defendant generated its payroll and time-keeping records for the crews in which Plaintiffs worked.

The parties therefore request that the Court permit them to continue settlement discussions up until and including May 15, 2015, and to allow the parties to engage in

limited deposition discovery that would otherwise be prohibited by the Court's current Scheduling Order (Docket Entry 15, ¶ 8). Counsel for the parties have agreed to voluntarily produce the witnesses for deposition, should the Court agree to permit this limited discovery.

The parties continue to agree that the Court's current Scheduling Order offers a useful construct for possible resolution of this case. Both sides wish to fully explore settlement before committing the substantial additional resources needed to further litigate this matter. Granting this additional time for the completion of settlement discussions will not unduly delay this matter.

For these reasons, the parties respectfully request to be allowed up through and including May 15, 2015 to complete their ongoing settlement discussions in this litigation.

Dated this 23rd day of March, 2015.                    Respectfully submitted,

| | |
|---|---|
| **/s/ Gregory S. Schell** | **/s/ David J. Stefany** |
| GREGORY S. SCHELL | DAVID J. STEFANY |
| Florida Bar No. 287199 | Florida Bar No. 438995 |
| KARLA C. MARTINEZ | NICOLETTE L. BIDARIAN |
| Florida Bar No. 094674 | Florida Bar No. 83795 |
| | |
| **MIGRANT FARMWORKER JUSTICE PROJECT** | **ALLEN NORTON & BLUE, P.A.** |
| 508 Lucerne Avenue | 324 S. Hyde Park Avenue, Suite 225 |
| Lake Worth, Florida  33460-3819 | Tampa, Florida 33606-4127 |
| Telephone: (561) 582-3921 | Telephone: (813) 251-1210 |
| Fax: (561) 582-4884 | Fax: (813) 253-2006 |
| greg@floridalegal.org | dstefany@anblaw.com |
| karla@florida legal.org | nbidarian@anblaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |