UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| DAMIAN SANTOS-GARCIA, SIMON GUZMAN-ROMERO, TOMAS HERNANDEZ-SILVERIO, and GUILLERMO MARTINEZ-HERNANDEZ, individually and on behalf of all other persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> JACKSON CITRUS INC., <br><br> Defendant. | Case No.: 2:14-cv-00603-SPC-CM |

## STIPULATION OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(ii), the parties stipulate to the dismissal of the claims presented by Plaintiff Tomas Hernandez-Silverio.

Respectfully submitted this 29th day of April 2015,

| | |
|---|---|
| */s/ Karla C. Martinez* <br> Karla C. Martinez <br> FL Bar No. 094674 <br> Gregory S. Schell <br> FL Bar No. 287199 <br><br> **FLORIDA LEGAL SERVICES, INC.** <br> MIGRANT FARMWORKER JUSTICE PROJECT <br> 508 Lucerne Avenue <br> Lake Worth, Florida 33460-3819 <br> Telephone: (561) 582-3921 <br> Fax: (561) 582-4884 <br> karla@floridalegal.org <br> greg@floridalegal.org <br> *Attorneys for Plaintiffs* | */s/ David J. Stefany* <br> David J. Stefany <br> FL Bar No. 438995 <br> Nicolette L. Bidarian <br> FL Bar No. 83795 <br><br> **ALLEN NORTON & BLUE, P.A.** <br> 324 S. Hyde Park Avenue, Suite 225 <br> Tampa, Florida 33606-4127 <br> Telephone: (813) 251-1210 <br> Fax: (813) 253-2006 <br> dstefany@anblaw.com <br> nbidarian@anblaw.com <br> *Attorneys for Defendant* |