UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

_____
                                       )
DAMIAN SANTOS-GARCIA,                  )
SIMON GUZMAN-ROMERO,                   )
TOMAS HERNANDEZ-SILVERIO and           )
GUILLERMO MARTINEZ-HERNANDEZ ,         )
individually and on behalf of all other persons )
similarly situated,                    )
                                       )
            Plaintiffs,                )   Case No.: 2:14-cv-00603-SPC-CM
                                       )
vs.                                    )
                                       )
JACKSON CITRUS, INC.,                  )
                                       )
            Defendant.                 )
_____ )

**RENEWED JOINT MOTION FOR APPROVAL
OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**

By its order of May 2, 2016 (Docket Entry 37), the Coutrt denied the parties' joint motion for approval of their tentative settlement agreement.  Following that ruling, the parties have reworked their settlement agreement to meet the Court's concerns.  The revised tentative agreement between the parties accompanies this motion as Docket Entry 38-1.

**Allocation of settlement proceeds between FLSA and other claims.**   In its May 2 order, the Court observed that it was unclear as to whether the settlement payments included any payment for back wages under the Fair Labor Standards Act ("FLSA") and, if so, the amount attributable to the FLSA claims. *See* Docket Entry 37, at 4.  The accompanying revised agreement states that base don a careful review of the payroll records and other materials, the individual FLSA claims totaled $100 or less per claimant.  *See*  Revised Settlement Agreement (Docket Entry 38-1), at 8,

¶ 5.  The Revised Agreement ensures that these claims are satisfied in full, attributing $200 of each claimant's settlement proceeds as attributable to his FLSA claims, $100 as unpaid FLSA wages and $100 in liquidated damages.  *Id.*  Accordingly, the revised settlement provides that each claimant's FLSA back wage claim is satisfied in full, and matched with an award of liquidated damages.

**Confidentiality provision.**  The original proposed settlement agreement included a confidentiality clause in the individual releases.  *See* Docket Entry 37, at 4-5.  The revised settlement agreement and the individual releases no longer contain any confidentiality provisions.

**General release.**  The Court also noted that the original settlement agreement included a general release without any independent consideration being provided for release of the non-FLSA claims.  *See* Docket Entry 37, at 5-7.  The general release language has been excised from the individual release forms.  The claims released now are expressly identified and limited to those which were expressly presented in the complaint in the case, *i.e.*, claims for violations of the H-2A regulations and breaches of the workers' employment agreements.  .  *See* Docket Entry 38-1, at 14, Individual Release, ¶ 2.  The revised agreement clearly sets out that all but $200 of the award to each claimant is attributable to these non-FLSA claims.  Because the revised settlement includes substantial payments for these claims, there is no danger that ther employer has obtained release of these non-FLSA claims without providing adequate consideration.

## CONCLUSION

The Parties jointly request that this Court approve their proposed Revised Settlement Agreement and Release, enter an order dismissing the Plaintiffs, Claimants, and Extra Claimants' claims against Jackson Citrus, with prejudice.

Respectfully submitted this 28th day of May, 2016.

| | |
|---|---|
| */s/ Gregory S. Schell*_____ | */s/ David J. Stefany*_____ |
| Gregory S. Schell | David J. Stefany |
| FL Bar No. 287199 | FL Bar No. 438995 |
| | Nicolette L. Bidarian |
| **FLORIDA LEGAL SERVICES, INC.** | FL Bar No. 83795 |
| MIGRANT FARMWORKER JUSTICE PROJECT | |
| Post Office Box 32159 | **ALLEN NORTON & BLUE, P.A.** |
| Palm Beach Gardens, Florida 33420 | 324 S. Hyde Park Avenue, Suite 225 |
| Telephone: (561) 582-3921 | Tampa, Florida 33606-4127 |
| Fax:         (561) 328-3814 | Telephone: (813) 251-1210 |
| greg@floridalegal.org | Fax:         (813) 253-2006 |
| | dstefany@anblaw.com |
| | nbidarian@anblaw.com |
| *Attorney for the Plaintiffs, Claimants, and Extra Claimants* | *Attorneys for Defendant* |