UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| DAMIAN SANTOS-GARCIA, <br> SIMON GUZMAN-ROMERO, <br> TOMAS HERNANDEZ-SILVERIO, and <br> GUILLERMO MARTINEZ-HERNANDEZ , <br> individually and on behalf of all other persons <br> similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> JACKSON CITRUS INC., <br><br> Defendant. | Case No.: 2:14-cv-00603-SPC-CM |

## NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME FIRM

Notice is hereby given that ROBERT K. DWYER of Florida Legal Services, appears as counsel of record on behalf of Plaintiffs in this case. Undersigned counsel should be substituted for former counsel, Gregory Schell, who is no longer employed by Florida Legal Services. All future pleadings, documents, and correspondence in this case should be served upon the undersigned at the address below.

                                                           s/ *Robert K. Dwyer*
                                                          Robert K. Dwyer, Esq.
                                                          FBN: 894257
                                                          Florida Legal Services
                                                          14260 W. Newberry Rd. Ste. 14260
                                                          Newberry, FL 32669
                                                          (352) 375-2494 extension 1002
                                                          Email: Robert@floridalegal.org

CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2016 that I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Nicolette L. Bidarian, Esquire,and David J. Stefany, Esquire, Allen Norton & Blue, P.A., Hyde Park Plaza, Suite 225, 324 South Hyde Park Avenue, Tampa, Florida 33606 to nbidarian@anblaw.com and dstefany@anblaw.com.

                                                           */s/ Robert K. Dwyer*
                                                          Robert K. Dwyer