UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAMIAN SANTOS-GARCIA, SIMON
GUZMAN-ROMERO and GUILLERMO
MARTINEZ-HERNANDEZ, individually
and on behalf of all other persons
similarly situated

    Plaintiffs,

v.                                     Case No: 2:14-cv-603-FtM-38CM

JACKSON CITRUS, INC.,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Renewed Joint Motion for Approval of Settlement Agreement and Dismissal With Prejudice (Doc. #38) filed on May 28, 2016.

Plaintiffs filed this suit on October 17, 2014 to recover wages owed to them under the Fair Labor Standards Act ("FLSA"), federal regulations governing the temporary foreign agricultural worker program, and common law. (Doc. #1). Since then, the parties have resolved Plaintiffs' claims in full without compromise as they relate to the FLSA. Because the parties have resolved their FLSA claims without compromise, the Court need not review and approve the settlement for fairness. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982); *King v. My Online Neighborhood,*

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

*Inc.*, No. 6:06-cv-435-Orl-22JGG, 2007 WL 737575, at *3 (M.D. Fla. Mar. 7, 2007) ("Where the employer offers the plaintiff full compensation on his FLSA claim, no compromise is involved and judicial approval is not required." (citation omitted)).

In addition, Rule 41 of the Federal Rules of Civil Procedure allows a plaintiff to dismiss an action without a court order by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Here, the parties dismiss this case with prejudice under Rule 41(a)(1)(A)(ii) and have signed the Stipulation for Dismissal (Doc. #38). The Court thus dismisses this case with prejudice.

Accordingly, it is now

**ORDERED:**

Renewed Joint Motion for Approval of Settlement Agreement and Dismissal With Prejudice (Doc. #38) is **GRANTED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 31st day of August, 2016.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record